# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SAMMIE H. PARKER, JR.
ADC #166545                                                              PLAINTIFF

v.                              No. 3:17-cv-188-DPM

KAY CAGE, Sergeant,
Crittenden County Sheriff's
Department                                                               DEFENDANT

## ORDER

On *de novo* review, the Court adopts the recommendation, № 4, and overrules Parker's objection, № 5. FED. R. CIV. P. 72(b)(3). Parker's complaint will be dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2017