# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SAMMIE H. PARKER, JR.
ADC #166545                                                      PLAINTIFF

v.                          No. 3:17-cv-188-DPM

KAY CAGE, Sergeant,
Crittenden County Sheriff's
Department                                                       DEFENDANT

## JUDGMENT

Parker's complaint is dismissed without prejudice.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

21 September 2017